NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
brian.whang@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00190-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| BRANDON LEWIS, | |
| Defendant. | (***First Request***) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandon Lewis, that the response to Defendant's Motion to Suppress Evidence (ECF No.24) due on July 30, 2020, be vacated and continued and reset for August 28, 2020.

This Stipulation is entered into for the following reasons:

1.    The parties are attempting to negotiate the matter short of litigating the

motion. Defense counsel needs additional time to relay the offer to Defendant. Defendant is in California state custody.

2. Counsel for the Government needs additional time before filing a response to Defendant's Motion to Suppress Evidence.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this 28th day of July, 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH, <br> United States Attorney | RENE VALLADARES <br> Federal Public Defender |
| By: /s/ Brian Y. Whang <br> BRIAN Y. WHANG <br> Assistant United States Attorney | By: /s/ Raquel Lazo <br> RAQUEL LAZO, AFPD <br> Counsel for Brandon Lewis |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

BRANDON LEWIS,

     Defendant.

Case No. 2:19-cr-00190-JAD-NJK

ORDER

IT IS ORDERED that the parties' stipulation to extend time is GRANTED. Docket No. 27. The United States' response to Defendant's motion to suppress evidence must be filed no later than August 28, 2020.

DATED this __28th__ day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE