# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRANDON LEWIS,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00190-JAD-NJK<br><br>**ORDER**<br><br>(Docket Nos. 24, 32) |

Pending before the Court is Defendant Brandon Lewis' motion to withdraw his motion to suppress evidence. Docket No. 32. *See also* Docket No. 24 (motion to suppress). The Court hereby **GRANTS** Defendant's motion. Docket No. 32. The motion to suppress at Docket No. 24 is withdrawn.

IT IS SO ORDERED.

DATED: August 24, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE