RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brandon Lewis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States,<br><br>       Plaintiff,<br><br>    v.<br><br>Brandon Lewis,<br><br>       Defendant. | Case No. 2:19-cr-00190-DJA-NJK<br><br>**Stipulation to Set Joint Change of Plea and Sentencing Hearing** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandon Lewis, that this Court schedule a joint change of plea and sentencing hearing in sixty (60) days.

The Stipulation is entered for the following reasons:

1. Mr. Lewis has entered into a plea agreement with the government. The executed plea agreement has been forwarded to this Court's deputy clerk. The parties request that this court set the change of plea and sentencing on the same day. Considering the COVID-19 pandemic, this will alleviate the need for an additional hearing and expedite resolution of this case. Because Mr. Lewis is currently in state custody in California, this will alleviate any issues with scheduling multiple telephonic hearings with the state detention facility. Finally, this will also permit Mr. Lewis to take full advantage of the joint recommendation for a credit for time served sentence (a benefit conferred by the plea agreement) without having to request an expedited sentencing hearing or wait the traditional 90 days from the date of the change of plea hearing. The parties request that this hearing be scheduled in 60 days to permit probation to prepare the presentence investigation report.

2. Probation has no objection to this request and can complete the presentence investigation report in 60 days.[1] Mr. Lewis's has executed a Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty (Prob Form 13E) which will enable probation to commence the interview and begin preparing the report. Additionally, Mr. Lewis has contemporaneously filed a Rule 32 Waiver.

3. The parties have contemporaneously filed a stipulation to continue the calendar call and trial dates in order to have the necessary time to set the hearing.

---

[1] Probation and defense counsel have scheduled Mr. Lewis's presentence investigation interview for August 26, 2020.

2

4. The defendant agrees with the request to have a joint plea and sentencing hearing. He further agrees to have both hearings proceed telephonically whether held individually or jointly.[2]

DATED this 21st day of August, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Brian Whang*<br>By_____<br>BRIAN WHANG<br>Assistant United States Attorney |

---

[2] Defense cousel will provide this Court's deputy clerk with a written and signed waiver. Mr. Lewis's current detaining facility is unable to accommodate a video court appearance.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States, | Case No. 2:19-cr-00190-JAD-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Brandon Lewis, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the change of plea and sentencing hearing is scheduled on October 26, 2020, at 3:00 p.m.

DATED this 2nd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

4